

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-25-2012

# USA v. Maury

Precedential or Non-Precedential: Precedential

Docket No. 09-2305

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Maury" (2012). *2012 Decisions*. Paper 347.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/347

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-2305/09-2306/09-2345/09-2346/09-2356

UNITED STATES OF AMERICA

v.

JEFFREY MAURY,

Appellant No. 09-2305

_____

UNITED STATES OF AMERICA

v.

CRAIG DAVIDSON,

Appellant No. 09-2306

_____

UNITED STATES OF AMERICA

v.

JOHN PRISQUE,

1

Appellant No. 09-2345

_____

UNITED STATES OF AMERICA

v.

SCOTT FAUBERT,

Appellant No. 09-2346

_____

UNITED STATES OF AMERICA

v.

ATLANTIC STATES
CAST IRON PIPE
COMPANY,
a Division of McWane, Inc.

Appellant No. 09-2356

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-03-cr-00852-001 through 004 and 006)
District Judge: Hon. Mary L. Cooper

_____

2

Argued
March 29, 2012

Before: FUENTES, SMITH, and JORDAN, *Circuit Judges*.

(Opinion Filed: September 17, 2012)

_____

Michael N. Pedicini                    (ARGUED)
60 Washington Street
Courthouse Plaza
Morristown, NJ 07960

    *Attorney for Defendant-Appellant Jeffrey Maury*

Hilary L. Brunell                    (ARGUED)
Nuzzi & Mason
50 Nelson Street
Dover, NJ 07801

    *Attorney for Defendant-Appellant Craig Davidson*

Michael D. Critchley                    (ARGUED)
Critchley, Kinum & Vazquez
75 Livingston Ave
3rd Floor
Roseland, NJ 07068

    *Attorney for Defendant-Appellant John Prisque*

Michael D'Alessio, Jr.                    (ARGUED)
Walder, Hayden & Brogan

3

5 Becker Farm Road
3rd Floor
Roseland, NJ 07068

*Attorney for Defendant-Appellant Scott Faubert*

John J. O'Reilly                                    (ARGUED)
Day Pitney
One Jefferson Road
Parsippany, NJ 07054

*Attorney for Defendant-Appellant Atlantic States Cast Iron*
*Pipe Co.*

Mark E. Coyne
Office of the United States Attorney
970 Broad Street
Room 700
Newark, NJ 07102

Glenn J. Moramarco                                  (ARGUED)
Office of United States Attorney
Camden Federal Building & Courthouse
401 Market Street
Camden, NJ 08101

John L. Smeltzer
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044

*Attorneys for Plaintiff-Appellee the United States of America*

_____

## ORDER AMENDING OPINION

_____

FUENTES, *Circuit Judge*

IT IS HEREBY ORDERED that the Opinion filed on September 17, 2012 be amended as follows:

Page 15 first paragraph next to last line change the word "storage" to "storm".

Page 15 second paragraph on the fourth line change the word "tanks" to "pit".   On the following line change "those tanks were" to "that pit was", and on the next to last line change the word "tank" to "hazmat pit".

By the Court,


/s/  Julio M. Fuentes
Circuit Judge


DATED:  25 September 2012

5